IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 13–cr–30257–MJR–1 |
| ALAA K.A. JABER, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM & ORDER ADOPTING REPORT & RECOMMENDATION & ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, Chief Judge:**

On April 28, 2015, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant entered a guilty plea as to Counts 1, 2, 3, 4, and 5 of the (five-count) indictment. On April 28, 2015, Judge Williams recommended that the undersigned accept the guilty plea, and notified the parties that any objection to his Report and Recommendation would be due on or before May 15, 2015.

That deadline has come and gone with no objection from either party. Accordingly, the Court **ADOPTS** in its entirety the Report & Recommendation (**Doc. 29**), **ACCEPTS** Defendant Jaber's guilty plea, and **ADJUDGES** Defendant Jaber guilty of the offenses set forth therein. The Court **DIRECTS** that a presentence investigation be submitted by the United States Probation Office, and **CONFIRMS** that sentencing remains set for July 31, 2015, at 10:00 a.m.

IT IS SO ORDERED.
DATE: **June 16, 2015**                                                       s/ *Michael J. Reagan*
                                                                                                    MICHAEL J. REAGAN
                                                                                                    **Chief Judge**
                                                                                                    **UNITED STATES DISTRICT COURT**